6 A.3d 436

IN THE MATTER OF IAN W. MARRERO, AN ATTORNEY
AT LAW (ATTORNEY NO. 028092005).

October 27, 2010.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 10–103, on the record certified to the Board

pursuant to *Rule* 1:20–4(f) (default by respondent), recommending that **IAN W. MARRERO,** formerly of **PASSAIC,** who was admitted to the bar of this State in 2005, and who has been suspended from the practice of law since October 14, 2009, be disbarred for violating *RPC* 1.15(a) (knowing misappropriation of trust funds), *RPC* 8.1(b) (failure to cooperate with disciplinary authorities), *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), and the principles of *In re Wilson,* 81 *N.J.* 451, 409 *A.*2d 1153 (1979) and *In re Hollendonner,* 102 *N.J.* 21, 504 *A.*2d 1174 (1985);

And **IAN W. MARRERO** having failed to appear on the Order directing him to show cause why he should not be disbarred or otherwise disciplined;

And good cause appearing;

It is ORDERED that **IAN W. MARRERO** be disbarred, effective immediately, and that his name be stricken from the roll of attorneys;

ORDERED that **IAN W. MARRERO** be and hereby is permanently restrained and enjoined from practicing law; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.